# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

SRG BATON ROUGE II, L.L.C.

NO. 2020 CW 0036

VERSUS

PATTEN/JENKINS BR POPEYE'S,
L.L.C.

APR 2 8 2020

---

In Re:   Patten/Jenkins  BR  Popeye's,  L.L.C.,  applying  for
         supervisory writs, 19th Judicial District Court, Parish
         of East Baton Rouge, No. 679391

---

**BEFORE:  HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

    **WRIT DENIED.**  The criteria set forth in **Herlitz Construction Co., Inc. v. Hotel Investors of New Iberia, Inc.**, 396 So.2d 878 (La. 1981) (*per curiam*) are not met.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
      FOR THE COURT